NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**NOKIA SOLUTIONS AND NETWORKS OY,**
*Appellant*

**v.**

**GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD.,**
*Appellee*

———————————————

2024-1204

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00632.

———————————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    NOKIA SOLUTIONS AND NETWORKS OY v. GUANGDONG OPPO
                    MOBILE TELECOMMUNICATIONS

(2)  Each side shall bear their own costs.


                                    FOR THE COURT



February 21, 2024                   Jarrett B. Perlow
      Date                          Clerk of Court



**ISSUED AS A MANDATE:** February 21, 2024